AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BELAL EL-HARAZIN, AS TRUSTEE OF THE BELAL HARAZIN REVOCABLE TRUST,

Plaintiff,

v. Case No. 26-CV-24846-RAR

CONAN MEDTECH CORP., a Delaware corporation, and BAYAN ALTURKESTANI, an individual,

Defendants.
________________________________/

**SUMMONS IN A CIVIL ACTION**

To: Conan Medtech Corp.
16192 Coastal Highway
Lewes, Delaware 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David J. Lisko, Esq. (Florida Bar No. 0092841)
Callan L. Albritton, Esq. (Florida Bar No. 105688)
HOLLAND & KNIGHT LLP
P. O. Box 1288
Tampa, FL 33601-1288
Phone: 813-227-8500
David.lisko@hklaw.com
cal.albritton@hklaw.com
Attorneys for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________ ____________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual, and title, if any)* ______________________________

was received by me on *(date)* ____________________.

☐ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________

____________________, a person of suitable age and discretion who resides there, on *(date)* ____

____________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is

designated by law to accept service of process on behalf of *(name of organization)* ____________________

____________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

My fees are $________ for travel and $____________ for services, for a total of $________________.

I declare under penalty of perjury that this information is true.

Date:____________________

______________________________
*(Server's signature)*

______________________________
*(Server's name and title)*

______________________________
*(Server's address)*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BELAL EL-HARAZIN, AS TRUSTEE OF THE BELAL HARAZIN REVOCABLE TRUST,

Plaintiff,

v. Case No. 26-CV-24846-RAR

CONAN MEDTECH CORP., a Delaware corporation, and BAYAN ALTURKESTANI, an individual,

Defendants.
_________________________________/

**SUMMONS IN A CIVIL ACTION**

To: Bayan Alturkestani
1900 Market Street
Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Callan L. Albritton, Esq. (Florida Bar No. 105688)
David J. Lisko, Esq. (Florida Bar No. 0092841)
Callan L. Albritton, Esq. (Florida Bar No. 105688)
HOLLAND & KNIGHT LLP
P. O. Box 1288
Tampa, FL 33601-1288
Phone: 813-227-8500
David.lisko@hklaw.com
cal.albritton@hklaw.com
Attorneys for Plaintiff

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________ ____________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual, and title, if any)* ______________________________

was received by me on *(date)* ____________________

☐ I personally served the summons on the individual at *(place)* ______________________________

____________________________________ on *(date)* ____________________

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________

____________________, a person of suitable age and discretion who resides there, on *(date)* ____

____________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is

designated by law to accept service of process on behalf of *(name of organization)* ____________________

____________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ Other *(specify)*:

My fees are $________ for travel and $______________ for services, for a total of $____________________.

I declare under penalty of perjury that this information is true.

Date:____________________

______________________________
*(Server's signature)*

______________________________
*(Server's name and title)*

______________________________
*(Server's address)*

Additional information regarding attempted service, etc.: