UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BELAL EL-HARAZIN, AS TRUSTEE OF THE BELAL HARAZIN REVOCABLE TRUST,

Plaintiff,

v. Case No. 26-cv-24846-RKA

CONAN MEDTECH CORP., a Delaware corporation, and BAYAN ALTURKESTANI, an individual,

Defendants.
_________________________________/

**PLAINTIFF'S NOTICE OF STRIKING [DE 11]**

Plaintiff Belal El-Harazin, as Trustee of the Belal Harazin Revocable Trust ("Plaintiff"), files this Notice of Striking Plaintiff's Notice of Filing Return of Service [DE 11] (the "Notice"), pursuant to the Clerk's Notice to Filer [DE 12] requiring the same.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

Respectfully submitted,

*/s/Callan L. Albritton*
David J. Lisko
Florida Bar No. 0092841
Email: David.lisko@hklaw.com
Secondary Email: joann.colon@hklaw.com
Callan L. Albritton

Florida Bar No. 105688
Email: cal.albritton@hklaw.com
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, Florida 33602
Telephone: (813) 227-8500
Fax: (813) 229-0134

*Attorneys for Plaintiff*