# RETURN OF SERVICE

**State of Florida** **County of NA** **DISTRICT Court**

Case Number: 26-CV-24846-RAR

Plaintiff: **BELAL EL-HARAZIN AS TRUSTEE OF THE BELAL HARAZIN REVOCABLE TRUST**
vs.
Defendant: **CONAN MEDTECH CORP ET AL**

For: DAVID LISKO
HOLLAND & KNIGHT LLP

Received by Bolter & Carr Investigations, Inc on the 29th day of July, 2026 at 3:26 pm to be served on **BAYAN ALTURKESTANI, 575 ANDERSON AVE, CLIFFSIDE PARK, NJ 07010**. I, GREGORY DUKE ____________, do hereby affirm that on the 3 day of September, 2026 at :054.m., executed service by delivering a true copy of the **21 DAY SUMMONS, ORDER IN CASES WITH MULTIPLE DEFENDANTS, COMPLAINT, EXHBIITS, SCHEDULE A** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving ________________________ as ____________________________________________.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No If yes, what branch? ________________

Marital Status:( ) Married or ( ) Single Name of Spouse ___________________

**COMMENTS:** Age: 40-45; Ethnicity: Middle Eastern; Gender: Female; Weight: 150; Height: 5'6"; Hair: Other; Client provided photos of the subject and advised she would be at a specific restaurant on 09/03/2026 at 4:00 PM. Server went to the location, identified the subject using the photos, and personally served her at the restaurant.

Under penalty of perjury, I declare that I have read the Affidavit / Return of Service and that the facts stated in it are true.I certify that I am over the age of 18, have no interest in the above action and that I am a Certified Process Server, or an Authorized Process Server in good standing in the judicial circuit in which the process was attempted / served. No notary required pursuany to F.S. 92.525(2)

______________________________
PROCESS SERVER # ______________
Appointed in accordance with State Statutes

**Bolter & Carr Investigations, Inc**
**P.O. Box 8965**
**Tampa, FL 33674-8965**
**(813) 251-6033**

Our Job Serial Number: 2026012163

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V